No. 14,838.

NEWPORT, JR. *v.* ZINN.
(111 P. [2d] 1067)

Decided March 10, 1941.

Judgment affirmed en banc on application for supersedeas without written opinion, Mr. Chief Justice Francis E. Bouck not participating.

Mr. J. M. TAYLOR, Mr. FRANKLIN A. THAYER, for plaintiff in error.

Mr. NEIL HORAN, for defendant in error.